# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANIEL ALFRED FARMER-KIEFE,

    *Petitioner*,

vs.

BRIAN WILLIAMS, *et al.*

    *Respondents*.

2:10-cv-00587-KJD-RJJ

ORDER

    Petitioner has not responded to the order (#9) directing that he show cause why the petition should not be dismissed with prejudice as untimely. Petitioner has not done so or otherwise responded. On the face of the record, the petition is time-barred. #9. The order informed petitioner that the entire petition would be dismissed with prejudice without further advance notice if he did not timely respond. #9, at 3, lines 20-21.

    IT THEREFORE IS ORDERED that the petition shall be DISMISSED with prejudice and that a certificate of appealability is DENIED.

    The Clerk of Court shall enter final judgment accordingly against petitioner and in favor of respondents, dismissing this action with prejudice.

    DATED: April 13, 2011

_____
KENT J. DAWSON
United States District Judge